542 A.2d 985

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Richard W. STOCKARD, Appellee.**

Supreme Court of Pennsylvania.

June 14, 1987.

David L. Cook, Dist. Atty., William R. Shaffer, Asst.Dist. Atty., Butler, for appellant.

John Hooper, III, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.

HUTCHINSON, Former Justice, did not participate in the decision of this case.

LARSEN and PAPADAKOS, JJ., dissent.